UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMERICAN HEAVY MOVING AND RIGGING, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHEEDY DRAYAGE COMPANY, <br><br> Defendant. | Case No.: C 09-02061 PVT <br><br> **ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

On July 15, 2009, plaintiff Sheedy Drayage Company moved to stay and moved to dismiss the above-captioned action. This case has been assigned to a Magistrate Judge. Before the court takes any action on the motions, the court must determine whether or not all of the parties who have appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a District Judge. Therefore,

IT IS HEREBY ORDERED that no later than July 31, 2009, each party who has not already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil) section of the court's

1 website at www.cand.uscourts.gov.

Dated: July 16, 2009

*Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge