BRETT D. EKINS, ESQ. (SBN 194736)
JONES WALDO HOLBROOK & McDONOUGH PC
301 North 200 East, Suite 3A
St. George, UT 84770
Telephone: (435) 628-1627
Facsimile: (435) 628-5225
Email: bekins@joneswaldo.com

*Attorneys for American Heavy Moving
and Rigging, Inc.*

*E-FILED - 9/30/09*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| AMERICAN HEAVY MOVING AND RIGGING, INC., a California corporation,<br><br>     Plaintiff,<br><br>v.<br><br>SHEEDY DRAYAGE CO., a California corporation,<br><br>     Defendant. | Case No. C09-02061 RMW<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ORDER**<br><br>Initial Case Mgmt. Conf: October 2, 2009 |

   Plaintiff American Heavy Moving & Rigging, Inc. ("AHM") and defendant Sheedy Drayage Co. ("Sheedy"), by and through their undersigned respective counsel, hereby agree and stipulate to continue the Initial Case Management Conference currently scheduled for October 2, 2009 at 10:30 a.m. and respectfully request an Order from the Court scheduling the continued date not less than 30 days following disposition of Sheedy's currently pending Motion to Dismiss and Motion to Stay the Action (the "Motions"), which were heard by the Court on September 11, 2009.

   The pending Motions are potentially dispositive of the case. This is a patent case and subject to the Court's patent local rules, which require extensive disclosures on an accelerated schedule. Absent the requested continuance, the parties will have to expend significant resources to comply with the meet and confer and disclosure efforts that might be made moot by the ruling on the

82296.1

Motions. Because of the reassignment of this matter to the Honorable Ronald M. Whyte, the motions were heard unusually close to the time for the Initial Case Management Conference.

The parties hereby request that the Court issue an Order, for good cause shown, in accordance with the foregoing stipulation.

DATED: September 22, 2009.                           DATED: September 22, 2009.

/s/Brett D. Ekins                                    /s/Robert S. Robinson
Brett D. Ekins (#194736)                             Robert S. Robinson (#131461)
JONES WALDO HOLBROOK & McDONOUGH PC                  BOWMAN & BROOKE, LLP
Attorneys for Plaintiff                              Attorneys for Defendant
301 North 200 East, Suite 3A                         879 West 190th Street, Suite 700
St. George, UT 84770                                 Gardena, CA 90248=4227
Telephone: (435) 628-1627                            Telephone: (310) 768-3068
Facsimile: (435) 628-5225                            Facsimile: (310) 719-1019

PURSUANT TO STIPULATION, IT IS SO ORDERED:

_Ronald M. Whyte_                       DATED: September __30__, 2009.
Honorable Ronald M. Whyte
United States District Judge

**The Court hereby continues the Case Management Conference to December 4, 2009 @ 10:30 a.m. The parties are required to file a Joint Case Management Statement by November 25, 2009.