1 | BRETT D. EKINS, ESQ. (SBN 194736)
2 | JONES WALDO HOLBROOK & McDONOUGH PC
3 | 301 North 200 East, Suite 3A
    St. George, UT  84770
    Telephone:  (435) 628-1627
    Facsimile:  (435) 628-5225
4 | Email: bekins@joneswaldo.com

*E-FILED - 9/30/09*

*Attorneys for American Heavy Moving and Rigging, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| AMERICAN HEAVY MOVING AND RIGGING, INC., a California corporation,<br><br>   Plaintiff,<br><br>v.<br><br>SHEEDY DRAYAGE CO., a California corporation,<br><br>   Defendant. | Case No. C09-02061 RMW<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ORDER**<br><br>Initial Case Mgmt. Conf: October 2, 2009 |

Plaintiff American Heavy Moving & Rigging, Inc. ("AHM") and defendant Sheedy Drayage Co. ("Sheedy"), by and through their undersigned respective counsel, hereby agree and stipulate to continue the Initial Case Management Conference currently scheduled for October 2, 2009 at 10:30 a.m. and respectfully request an Order from the Court scheduling the continued date not less than 30 days following disposition of Sheedy's currently pending Motion to Dismiss and Motion to Stay the Action (the "Motions"), which were heard by the Court on September 11, 2009.

The pending Motions are potentially dispositive of the case.  This is a patent case and subject to the Court's patent local rules, which require extensive disclosures on an accelerated schedule. Absent the requested continuance, the parties will have to expend significant resources to comply with the meet and confer and disclosure efforts that might be made moot by the ruling on the

Motions. Because of the reassignment of this matter to the Honorable Ronald M. Whyte, the motions were heard unusually close to the time for the Initial Case Management Conference.

The parties hereby request that the Court issue an Order, for good cause shown, in accordance with the foregoing stipulation.

DATED: September 22, 2009.                                   DATED: September 22, 2009.


/s/Brett D. Ekins_____        /s/Robert S. Robinson_____
Brett D. Ekins (#194736)                                        Robert S. Robinson (#131461)
JONES WALDO HOLBROOK & McDONOUGH PC        BOWMAN & BROOKE, LLP
Attorneys for Plaintiff                                             Attorneys for Defendant
301 North 200 East, Suite 3A                                879 West 190th Street, Suite 700
St. George, UT  84770                                           Gardena, CA  90248=4227
Telephone:  (435) 628-1627                                  Telephone:  (310) 768-3068
Facsimile:  (435) 628-5225                                   Facsimile:  (310) 719-1019


PURSUANT TO STIPULATION, IT IS SO ORDERED:

_/s/ Ronald M. Whyte_____          DATED: September __30__, 2009.
Honorable Ronald M. Whyte
United States District Judge

**\*\*The Court hereby continues the Case Management Conference to December 4, 2009 @ 10:30 a.m.  The parties are required to file a Joint Case Management Statement by November 25, 2009**.