BRETT D. EKINS, ESQ. (CSB #194736)
JONES WALDO HOLBROOK & McDONOUGH PC
301 North 200 East, Suite 3A
St. George, UT 84770
Telephone: (435) 628-1627
Facsimile: (435) 628-5225
Email: bekins@joneswaldo.com

*Attorneys for American Heavy Moving
and Rigging, Inc.*

*E-FILED - 2/24/10*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| AMERICAN HEAVY MOVING AND RIGGING, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHEEDY DRAYAGE CO., a California corporation,<br><br>Defendant. | Case No. CV 09-02061 RMW<br><br>**[ ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the parties' *Stipulation for Dismissal with Prejudice*, and good cause appearing therefor, it is hereby

**ORDERED** that the above-captioned action is dismissed with prejudice, each party to bear its own fees and costs.

Date: 2/24/10

*Ronald M. Whyte*
_____
UNITED STATES DISTRICT JUDGE

83842.1