1 | BRETT D. EKINS, ESQ. (CSB #194736)
2 | JONES WALDO HOLBROOK & McDONOUGH PC
  | 301 North 200 East, Suite 3A
3 | St. George, UT 84770
  | Telephone: (435) 628-1627
4 | Facsimile: (435) 628-5225
  | Email: bekins@joneswaldo.com

*Attorneys for American Heavy Moving and Rigging, Inc.*

*E-FILED - 2/24/10*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| AMERICAN HEAVY MOVING AND RIGGING, INC., a California corporation, | |
| Plaintiff, | Case No. CV 09-02061 RMW |
| v. | **[ ORDER OF DISMISSAL WITH PREJUDICE** |
| SHEEDY DRAYAGE CO., a California corporation, | |
| Defendant. | |

Based upon the parties' *Stipulation for Dismissal with Prejudice*, and good cause appearing therefor, it is hereby

**ORDERED** that the above-captioned action is dismissed with prejudice, each party to bear its own fees and costs.

Date: 2/24/10

*Ronald M. Whyte*
_____
UNITED STATES DISTRICT JUDGE

83842.1